**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patricia L. Coleman                                                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-22260 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California, N.A. as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mortgage Loan Trust, Series SPMD 2002 and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Brian C. Nicholas
                              Brian Nicholas
                              01 Sep 2020, 14:44:54, EDT

                              Brian C. Nicholas, Esquire
                              Attorney I.D. No. 317240
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com