**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>PATRICIA L. COLEMAN<br>Debtor | ) | Bankruptcy Case No. 20-22260GLT<br>Chapter 13<br>Document No. |
| PATRICIA L. COLEMAN<br>Movant<br>vs.<br>AR RESOURCES, INC; CAPITAL ONE; CLEARVIEW FCU; COLL. SERVICE CTR; CREDIT MANAGEMENT; GRPLNDG; IRS; JEFFERSON CAPITAL; NATL HOSP COLLECTIONS; NCO FIN/09; MARLIN MEDCLR INOVISION; U.S. TRUSTEE; PA DEPT. OF REVENUE; PROFESSIONAL ACCT MGMT; RJM ACQ; SEVENTH AVENUE; SPECIALIZED LOAN SERVICE; STATE COLLECTION SRVC; TRIBUTE; UNIVERSITY OF PGH; RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>Respondents | ) | Hearing Date: 9/9/2020 @10:00 AM |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY DAYS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay Beyond Thirty Days filed on August 17, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 4, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Extend the Automatic Stay Beyond Thirty Days be entered by the Court.

Dated. 9/8/2020

Respectfully submitted,

/s/ Robert B, Marcus

Robert B. Marcus, Esquire
attnyrobmarcus@yahoo.com
PA ID No. 10294
436 Seventh Avenue
220 Koppers Building
Pittsburgh, PA 15219
412/391-9991

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
PATRICIA L. COLEMAN
Debtor
PATRICIA L. COLEMAN
Movant
vs.
AR RESOURCES, INC; CAPITAL ONE; CLEARVIEW FCU; COLL. SERVICE CTR; CREDIT MANAGEMENT; GRPLNDG; IRS; JEFFERSON CAPITAL; NATL HOSP COLLECTIONS; NCO FIN/09; MARLIN MEDCLR INOVISION; U.S. TRUSTEE; PA DEPT. OF REVENUE; PROFESSIONAL ACCT MGMT; RJM ACQ; SEVENTH AVENUE; SPECIALIZED LOAN SERVICE; STATE COLLECTION SRVC; TRIBUTE; UNIVERSITY OF PGH; RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE
Respondents

Bankruptcy Case No. 20-22260GLT
Chapter 13
Document No.

Hearing Date 9/9/2020 @10:00 AM

**CERTIFICATE OF SERVICE OF CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY BEYOND THIRTY DAYS**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified on the attached list on 9/8/2020

The type of service made on the parties was: U.S. First Class Mail, postage prepaid.

U.S. Trustee's Office
1001 Liberty Avenue
970 Liberty Center
Pittsburgh, PA 15222
Via: ustpregion03.pi.ecf@usdog.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250 US Steel Tower
Pittsburgh, PA 15219
Via: cmecf@chapter13trusteewdpa.com

Respectfully submitted,

/s/ Robert B, Marcus

Robert B. Marcus, Esquire
attnyrobmarcus@yahoo.com
PA ID No. 10294
436 Seventh Avenue
220 Koppers Building
Pittsburgh, PA 15219

Label Matrix for local noticing
0315-2
Case 20-22260-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Sep 8 09:54:23 EDT 2020

Ar Resources Inc
1777 Sentry Pkwy W
Blue Bell, PA 19422-2206

Capital One, N.a
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154-1529

Clearview Federal Cu
8805 University Blvd
Moon Township, PA 15108-4212

Patricia L. Coleman
800 Cherokee Street
Pittsburgh, PA 15219-5012

Collection Service Cen
839 5th Ave
New Kensington, PA 15068-6303

Credit Management
4200 International Pwy
Carrolton, TX 75007-1912

Deutsche Bank National Trust Co. Trustee (Se
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

Deutsche Bank National Trust Company
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Keri P. Ebeck
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945

Grplndg
7490 Us Highway 17
Red Rock, OK 74651

IRS
Office of Special Procedures
P.O. Box 628
Pittsburgh, PA 15230

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Robert B. Marcus
436 Seventh Avenue
Suite 220 Koppers Building
Pittsburgh, PA 15219-1818

Natl Hosp Collections
Po Box 699
Morgantown, WV 26507-0699

Nco Fin/09
507 Prudential Rd
Horsham, PA 19044-2308

Nco Fin/55
Po Box 13570
Philadelphia, PA 19101

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201-0391

Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791-3426

Seventh Avenue
1112 7th Ave
Monroe, WI 53566-1364

Specialized Loan Servi
Attn: Bankruptcy
8742 Lucent Blvd. Suite 300
Highlands Ranch, CO 80129-2386

State Collection Servi
Attn: Bankruptcy
Po Box 6250
Madison, WI 53716-0250

State Collection Servi
Po Box 500
Baraboo, WI 53913-0500

Tribute
Pob 105555
Atlanta, GA 30348-5555

University Of Pittsbur
127 Thackeray Hall
Pittsburgh, PA 15213-2519

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company as su

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 33 |
| Bypassed recipients | 1 |
| Total | 34 |