**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PATRICIA L. COLEMAN<br>       Debtor<br>PATRICIA L. COLEMAN<br>       Movant<br>   vs.<br>AR RESOURCES, INC; CAPITAL ONE; CLEARVIEW FCU; COLL. SERVICE CTR; CREDIT MANAGEMENT; GRPLNDG; IRS; JEFFERSON CAPITAL; NATL HOSP COLLECTIONS; NCO FIN/09; MARLIN MEDCLR INOVISION; U.S. TRUSTEE; PA DEPT. OF REVENUE; PROFESSIONAL ACCT MGMT; RJM ACQ; SEVENTH AVENUE; SPECIALIZED LOAN SERVICE; STATE COLLECTION SRVC; TRIBUTE; UNIVERSITY OF PGH; RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>       Respondents | Bankruptcy Case No.  20-22260GLT<br>Chapter 13<br>Document No.<br><br>Hearing Date:  9/9/2020 @10:00 AM<br><br>Cont. Hearing Date:<br>3/10/2021 @ 9:00 A.M. |

**CERTIFICATE OF SERVICE OF INTERIM ORDER
GRANTING MOTION TO EXTEND STAY**

    I certify under penalty of perjury that I served the above captioned Order on the parties at the addresses specified on the attached list on  9th  day of September, 2020    by U.S. First Class Mail, postage prepaid and on:

| | |
|---|---|
| U.S. Trustee's Office<br>1001 Liberty Avenue<br>970 Liberty Center<br>Pittsburgh, PA 15222<br>Via: ustpregion03.pi.ecf@usdog.gov | Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>Suite 3250 US Steel Tower<br>Pittsburgh, PA 15219<br>Via:  cmecf@chapter13trusteewdpa.com |

                          Respectfully submitted,

                          /s/ Robert B, Marcus
                        Robert B. Marcus, Esquire
                        attnyrobmarcus@yahoo.com
                        PA ID No. 10294
                        436 Seventh Avenue
                        220 Koppers Building
                        Pittsburgh, PA 15219
                        412/391-9991