**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Patricia L. Coleman**
Debtor(s)

Bankruptcy Case No.: 20–22260–GLT
Issued Per Sep. 14, 2020 Proceeding
Chapter: 13
Docket No.: 28 – 17
Concil. Conf.: January 28, 2021 at 10:30 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 19, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jan. 28, 2021 at 10:30 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☒ H. Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

    The secured claim of Deutsche Bank National Trust Co. (Claim No. 4) shall govern, and then following all allowed post–petition payment change notices filed of record.

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: September 15, 2020

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-22260-GLT
Patricia L. Coleman                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 2              Date Rcvd: Sep 15, 2020
                               Form ID: 149            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
```
db          +Patricia L. Coleman,    800 Cherokee Street,    Pittsburgh, PA 15219-5012
cr          +Deutsche Bank National Trust Company,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
15271696    +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
15279339    +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
15271701     Grplndg,   7490 Us Highway 17,    Red Rock, OK 74651
15271708     Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
15271712    +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
15271715    +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
15271717    +Specialized Loan Servi,    Attn: Bankruptcy,    8742 Lucent Blvd. Suite 300,
              Highlands Ranch, CO 80129-2386
15271718    +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
15271720    +State Collection Servi,    Po Box 500,    Baraboo, WI 53913-0500
15271721    +Tribute,    Pob 105555,    Atlanta, GA 30348-5555
15271722    +University Of Pittsbur,    127 Thackeray Hall,    Pittsburgh, PA 15213-2519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: kburkley@bernsteinlaw.com Sep 16 2020 05:42:27      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
15271697    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 16 2020 05:48:58      Capital One, N.a.,
              C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
15271698    +E-mail/Text: bankruptcy@clearviewfcu.org Sep 16 2020 05:40:26      Clearview Federal Cu,
              8805 University Blvd,    Moon Township, PA 15108-4212
15271699    +E-mail/Text: bankruptcy@firstenergycorp.com Sep 16 2020 05:40:40      Collection Service Cen,
              839 5th Ave,    New Kensington, PA 15068-6303
15271702     E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 16 2020 05:38:54      IRS,
              Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
15271704     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 16 2020 05:41:09      Jefferson Capital Syst,
              16 Mcleland Rd,    Saint Cloud, MN 56303
15281115     E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 16 2020 05:41:18      Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
15274246     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 16 2020 05:48:56      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15271706    +E-mail/Text: nhc@nhchome.com Sep 16 2020 05:38:22      Natl Hosp Collections,    Po Box 699,
              Morgantown, WV 26507-0699
15271707    +E-mail/Text: bankruptcydepartment@tsico.com Sep 16 2020 05:42:01      Nco Fin/09,
              507 Prudential Rd,    Horsham, PA 19044-2308
15274245    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 16 2020 05:48:56      PYOD, LLC,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15271716    +E-mail/Text: bankruptcy@sccompanies.com Sep 16 2020 05:43:14      Seventh Avenue,   1112 7th Ave,
              Monroe, WI 53566-1364
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Deutsche Bank National Trust Company as successor
15271703*    IRS,    Office of Special Procedures,    P.O. Box 628,    Pittsburgh, PA 15230
15282492*    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
15271705*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court:   Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303)
15271709*    Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
15271710*    Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
15271711*    Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
15271713*   +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
15271714*   +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
15271719*   +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
15271700   ##+Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
                                                                                TOTALS: 1, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 2 of 2         Date Rcvd: Sep 15, 2020
                              Form ID: 149            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:

              Brian Nicholas    on behalf of Creditor   Deutsche Bank National Trust Company as successor
               Trustee to Bankers Trust Company of California, N.A. as Trustee for Home Equity Mortgage Loan
               Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mort bnicholas@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert B. Marcus    on behalf of Debtor Patricia L. Coleman attnyrobmarcus@yahoo.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5