IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 |
| PATRICIA L. COLEMAN, | ) |
| | ) Case No.: 20-22260-GLT |
| Debtor. | ) |
| _____ | ) |
| | ) |
| PITTSBURGH WATER & SEWER AUTHORITY, | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| PATRICIA L. COLEMAN, | ) |
| | ) |
| Respondent. | ) |

## WITHDRAWAL OF PROOF OF CLAIM #12

AND NOW, comes the Pittsburgh Water and Sewer Authority, secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby files its withdrawal of Proof of Claim #12-1 filed on January 26, 2021 in the amount of $288.44 for delinquent pre-petition sewage charges through July 31, 2020 for the Parcel No. 27-B-289. The within Claim is being withdrawn because it was filed in error.

Dated:  2/5/2021                                    Respectfully Submitted,

                                                    GRB Law,

                                                    /s/ Jeffrey R. Hunt

                                                    Jeffrey R. Hunt, Esquire
                                                    Pa. I.D. #90342
                                                    Frick Building, 14th Floor
                                                    437 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 281-0587
                                                    Attorney for Movant
                                                    jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 |
| PATRICIA L. COLEMAN, | ) |
| | ) Case No.: 20-22260-GLT |
| Debtor. | ) |
| _____ | ) |
| | ) |
| PITTSBURGH WATER & SEWER AUTHORITY, | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| PATRICIA L. COLEMAN, | ) |
| | ) |
| Respondent. | ) |

<u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #12 has been served this 5th day of February, 2021 by first-class United States mail, postage prepaid, upon:

Robert B. Marcus
436 Seventh Avenue
Suite 220 Koppers Building
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

GRB Law,

<u>/s/ Jeffrey R. Hunt</u>

Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com