FILED
2/8/21 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| PATRICIA L. COLEMAN, ) | |
| ) | Case No.: 20-22260-GLT |
| Debtor. ) | |
| _____ ) | |
| ) | Related to Dkt. No. 45 |
| PITTSBURGH WATER & SEWER ) | Claim No. 12 |
| AUTHORITY, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| PATRICIA L. COLEMAN, ) | |
| ) | |
| Respondent. ) | |

## WITHDRAWAL OF PROOF OF CLAIM #12

AND NOW, comes the Pittsburgh Water and Sewer Authority, secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby files its withdrawal of Proof of Claim #12-1 filed on January 26, 2021 in the amount of $288.44 for delinquent pre-petition sewage charges through July 31, 2020 for the Parcel No. 27-B-289. The within Claim is being withdrawn because it was filed in error.

Dated: 2/5/2021                                Respectfully Submitted,

                                               GRB Law,

                                               /s/ Jeffrey R. Hunt

                                               Jeffrey R. Hunt, Esquire
                                               Pa. I.D. #90342
                                               Frick Building, 14th Floor
                                               437 Grant Street
                                               Pittsburgh, PA  15219
                                               (412) 281-0587
SO ORDERED                                     Attorney for Movant
February 08, 2021                              jhunt@grblaw.com

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22260-GLT |
| Patricia L. Coleman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Coleman, 800 Cherokee Street, Pittsburgh, PA 15219-5012 |
| cr | + | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California N.A. as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mort bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert B. Marcus | |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 2

on behalf of Debtor Patricia L. Coleman attnyrobmarcus@yahoo.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7