**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/10/21 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22260-GLT |
| | : | Chapter: | 13 |
| Patricia L. Coleman | : | | |
| | : | | |
| | : | Date: | 3/10/2021 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

*MATTER:*   #14 Continued Interim Order Granting Motion to Extend Automatic Stay
            [Stay extended to March 10, 2021]
            [Objection due: March 3, 2021]
            [Status Report to be filed by Debtor due: March 3, 2021]

*APPEARANCES*:
            Debtor:    Julie Steidl
            Trustee:   Kate DeSimone

*NOTES:* (9:25)

Court: There are no objections to an extension of the stay, but the debtor did not file a status report. The plan was confirmed on a final basis in February.

Steidl: It's been a tough time for the attorney's office. The debtor is ahead in her payments. She has children who are contributing and she has increased her wages.

DeSimone: Nothing further. We haven't received a March payment yet but as of the end of February we're current.

Court: I will extend the stay for the remainder of the case pending further Court order.

*OUTCOME:*

1. Debtor's *Continued Motion to Extend Automatic Stay* [Dkt. No. 14] is GRANTED [JH to Issue Proposed Order at Dkt. No. 14-1]

**DATED:** 3/10/2021