FILED
3/10/21 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PATRICIA L. COLEMAN<br>      Debtor<br>PATRICIA L. COLEMAN<br>      Movant<br>    vs.<br>AR RESOURCES, INC; CAPITAL ONE; CLEARVIEW FCU; COLL. SERVICE CTR; CREDIT MANAGEMENT; GRPLNDG; IRS; JEFFERSON CAPITAL; NATL HOSP COLLECTIONS; NCO FIN/09; MARLIN MEDCLR INOVISION; U.S. TRUSTEE; PA DEPT. OF REVENUE; PROFESSIONAL ACCT MGMT; RJM ACQ; SEVENTH AVENUE; SPECIALIZED LOAN SERVICE; STATE COLLECTION SRVC; TRIBUTE; UNIVERSITY OF PGH; RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>      Respondents | Bankruptcy Case No. 20-22260GLT<br>Chapter 13<br><br>Related to Dkt. No. 14<br>Hearing: March 10, 2021 at 9:00 a.m. |

## MODIFIED ORDER

**AND NOW**, to wit this 10th day of March 2021, upon Motion of the Debtor to Extend the Automatic Stay Beyond Thirty Days Under Section 362(c)(3) of the Bankruptcy Code, it is hereby **ORDERED, ADJUDGED and DECREED** that the Automatic Stay is imposed on a permanent basis throughout the pendency of this case as to all creditors, pending further Order of Court.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                              Case No. 20-22260-GLT

Patricia L. Coleman                                                                                                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: lfin                                                          Page 1 of 2
Date Rcvd: Mar 10, 2021                          Form ID: pdf900                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia L. Coleman, 800 Cherokee Street, Pittsburgh, PA 15219-5012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2021                                       Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California  N.A. as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mort bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert B. Marcus | on behalf of Debtor Patricia L. Coleman attnyrobmarcus@yahoo.com |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Mar 10, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7