FILED
5/6/21 5:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Patricia L. Coleman, | ) Case No.  20-22260 GLT |
| *Debtor* | ) Chapter 13 |
| | ) |
| Patricia L. Coleman, | ) Related to Dkt. No. 52 |
| *Movant* | ) |
| | ) |
| vs. | ) |
| | ) |
| AR Resources Inc, Capital One, Clearview FCU, Collection Service Center, Credit Management, Deutsche Bank National Trust, Duquesne Light Company, Grplndg, IRS, Jefferson Capital Systems LLC, LVNV Funding, Natl Hosp Collections, NCO Fin/09, NCO Fin/55, PYOD, LLC, PA Dept. of Revenue, Peoples Natural Gas Company LLC, Pittsburgh Water & Sewer Authority, Professnl Acct Mgmt In, Rjm Acq LLC, Seventh Avenue, Specialized Loan Servicing, State Collection Service, Tribute, UPMC Health Services, University of Pittsburgh, Verizon, Ronda J. Winnecour, Trustee and Office of the US Trustee, | ) |
| *Respondents* | ) |

## MODIFIED ORDER

AND NOW, to wit this 6th day of May 2021, upon consideration of the Motion for Approval of Substitute Counsel for Debtor, it is hereby ORDERED, ADJUDGED and DECREED that Julie Frazee Steidl, Esquire and Steidl and Steinberg, PC are hereby approved as substitute counsel for the debtor, Patricia L. Coleman, in this Chapter 13 Bankruptcy case. <u>Counsel shall file a 2016 Statement.</u>  The hearing scheduled for June 16, 2021 is cancelled.

_____
GREGORY L. TADDONIO **jah**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22260-GLT |
| Patricia L. Coleman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 2
Date Rcvd: May 07, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia L. Coleman, 800 Cherokee Street, Pittsburgh, PA 15219-5012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California N.A. as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mort bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Patricia L. Coleman julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2  User: lfin  Page 2 of 2
Date Rcvd: May 07, 2021  Form ID: pdf900  Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7