IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 20-22260-GLT |
| PATRICIA L. COLEMAN | ) |
| | ) Chapter 13 |
|       Debtor, | ) |
| | ) Document No. |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
|       Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| PATRICIA L. COLEMAN | ) |
| | ) |
|       Respondent. | ) |

WITHDRAWAL OF CLAIM NUMBER 14 BY
UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE

The Internal Revenue Service, by and through its undersigned counsel, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant U.S. Attorney, hereby withdraws Claim No. 14 filed in the above-captioned case.

    STEPHEN R. KAUFMAN
    Acting United States Attorney

Dated: 6/8/2021    BY:  /s/ Jill Locnikar
    Assistant U.S. Attorney
    United States Attorney's Off.
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    Tel: (412) 894-7429
    PA I.D. NO. 85892

IT IS SO ORDERED,

_____, J.