FILED
6/9/21 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 20-22260-GLT |
| PATRICIA L. COLEMAN | ) |
| | ) Chapter 13 |
| Debtor, | ) |
| | ) Related to Dkt. No. 58 |
| UNITED STATES OF AMERICA, | ) Claim No. 14 |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| PATRICIA L. COLEMAN | ) |
| | ) |
| Respondent. | ) |

## WITHDRAWAL OF CLAIM NUMBER 14 BY UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE

The Internal Revenue Service, by and through its undersigned counsel, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant U.S. Attorney, hereby withdraws Claim No. 14 filed in the above-captioned case.

STEPHEN R. KAUFMAN
Acting United States Attorney

Dated: 6/8/2021              BY:    /s/ Jill Locnikar
                                    Assistant U.S. Attorney
                                    United States Attorney's Off.
                                    700 Grant Street, Suite 4000
                                    Pittsburgh, PA 15219
                                    Tel: (412) 894-7429
                                    PA I.D. NO. 85892


SO ORDERED
June 09, 2021

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22260-GLT |
| Patricia L. Coleman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

**Recip ID        Recipient Name and Address**
db           + Patricia L. Coleman, 800 Cherokee Street, Pittsburgh, PA 15219-5012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:**

**Name            Email Address**

Brian Nicholas
   on behalf of Creditor Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California N.A. as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mort bnicholas@kmllawgroup.com

Jeffrey R. Hunt
   on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jill Locnikar
   on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Julie Frazee Steidl
   on behalf of Debtor Patricia L. Coleman julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Jun 09, 2021 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8