FILED
10/13/22 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-22260-GLT |
| | : | Chapter: | 13 |
| Patricia L. Coleman | : | | |
| | : | | |
| | : | Date: | 10/12/2022 |
| *Debtor(s).* | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:**   #67 - Contested Confirmation of Plan Dated April 20, 2022 [NFC]
   #74 - Objection by Trustee

   [Conciliation hearing held. Contested Confirmation
   Hearing requested - Lack of payments. From 9/8/2022
   conciliation conference]

**APPEARANCES**:
   Debtor:   Abagale Steidl
   Trustee:   Owen Katz

**NOTES:**   [1:39]

Court: Case currently has arrears nearly $10,000 - around four months worth. Only three full payments in 27 months of the case.

Katz: Arrears are now $11,490. Plan payments need to increase, and the plan right now does not appear to be feasible. The Debtor is a repeat filer. The trustee is not requesting dismissal with prejudice because there have been payments made.

Stiedl: Debtor did make the $1,000 October payment. Debtor would like the opportunity to try to make the payments at the higher amount.

Court: Problem is that there does not seem to be any reason why the Debtor will be able to meet the higher payment, and is not paying now. Notwithstanding the payment of $1,000 against a plan payment of around $2,500, the lack of payments made for six months and the substantial amount of arrears has created an unreasonable delay that is prejudicial to creditors. There is cause to have this case dismissed. History of five cases with failed payments. Dismiss without prejudice.

**OUTCOME:**

1) For the reasons stated on the record, the confirmation of the plan dated April 20, 2022 [Dkt. No. 67] is DENIED. [Text Order]

2) For the reasons stated on the record, this case is DISMISSED without prejudice. [DB to enter form order].

**DATED:**   10/12/2022