**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patricia L. Coleman** | : | Case No. 20–22260–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per 10/12/22 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   ***AND NOW,*** this ***The 13th of October, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

   (1) The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 20-22260-GLT

Patricia L. Coleman                                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 3

Date Rcvd: Oct 13, 2022                       Form ID: 309                                        Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia L. Coleman, 800 Cherokee Street, Pittsburgh, PA 15219-5012 |
| cr | | Deutsche Bank National Trust Company, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15271701 | | Grplndg, 7490 Us Highway 17, Red Rock, OK 74651 |
| 15271708 | | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 15271712 | + | Professnl Acct Mgmt In, Pam Po Box 391, Milwaukee, WI 53201-0391 |
| 15271715 | + | Rjm Acq Llc, 575 Underhill Blvd Ste 2, Syosset, NY 11791-3426 |
| 15271720 | + | State Collection Servi, Po Box 500, Baraboo, WI 53913-0500 |
| 15271722 | + | University Of Pittsbur, 127 Thackeray Hall, Pittsburgh, PA 15213-2519 |
| 15290316 | + | University of Pittsburgh, 102 Thackeray Street, Pittsburgh PA 15213 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 14 2022 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Oct 14 2022 00:07:00 | Pittsburgh Water & Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15271696 | | Email/Text: collectors@arresourcesinc.com | Oct 14 2022 00:07:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 15271697 | + | EDI: AIS.COM | Oct 14 2022 04:08:00 | Capital One, N.a., C/O American Infosource, Po Box 54529, Oklahoma City, OK 73154-1529 |
| 15271698 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 14 2022 00:07:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15271699 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 14 2022 00:07:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15271700 | + | EDI: CMIGROUP.COM | Oct 14 2022 04:08:00 | Credit Management, 4200 International Pwy, Carrolton, TX 75007-1912 |
| 15279339 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 14 2022 00:07:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15295801 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 14 2022 00:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15271702 | | EDI: IRS.COM | | |

District/off: 0315-2    User: auto    Page 2 of 3
Date Rcvd: Oct 13, 2022    Form ID: 309    Total Noticed: 34

| | | | |
|---|---|---|---|
| | | Oct 14 2022 04:08:00 | IRS, Office of Special Procedures, P.O. Box 628, Pittsburgh, PA 15230 |
| 15271704 | | EDI: JEFFERSONCAP.COM | |
| | | Oct 14 2022 04:08:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15281115 | | EDI: JEFFERSONCAP.COM | |
| | | Oct 14 2022 04:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15274246 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 14 2022 00:15:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15271706 | + | EDI: NHCLLC.COM | |
| | | Oct 14 2022 04:08:00 | Natl Hosp Collections, Po Box 699, Morgantown, WV 26507-0699 |
| 15271707 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Oct 14 2022 00:07:00 | Nco Fin/09, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 15274245 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 14 2022 00:15:43 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15306778 | + | Email/Text: ebnpwsa@grblaw.com | |
| | | Oct 14 2022 00:07:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15298791 | + | Email/Text: ebnpwsa@grblaw.com | |
| | | Oct 14 2022 00:07:00 | Pittsburgh Water and Sewer Authority, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15271718 | | Email/Text: amieg@stcol.com | |
| | | Oct 14 2022 00:07:00 | State Collection Servi, Attn: Bankruptcy, Po Box 6250, Madison, WI 53716 |
| 15271716 | + | EDI: CBS7AVE | |
| | | Oct 14 2022 04:08:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15271717 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | | Oct 14 2022 00:07:00 | Specialized Loan Servi, Attn: Bankruptcy, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 15271721 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Oct 14 2022 00:07:00 | Tribute, Pob 105555, Atlanta, GA 30348-5555 |
| 15290797 | ^ | MEBN | |
| | | Oct 14 2022 00:05:55 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15293050 | | EDI: AIS.COM | |
| | | Oct 14 2022 04:08:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company as successor |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Pkwy Suite 425, Dallas, Tx 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15271703 | * | IRS, Office of Special Procedures, P.O. Box 628, Pittsburgh, PA 15230 |
| 15282492 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15271705 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15271709 | * | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 15271710 | * | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 15271711 | * | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 15271713 | *+ | Professnl Acct Mgmt In, Pam Po Box 391, Milwaukee, WI 53201-0391 |
| 15271714 | *+ | Professnl Acct Mgmt In, Pam Po Box 391, Milwaukee, WI 53201-0391 |
| 15271719 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State |

District/off: 0315-2                          User: auto                          Page 3 of 3
Date Rcvd: Oct 13, 2022                       Form ID: 309                        Total Noticed: 34

Collection Servi, Attn: Bankruptcy, Po Box 6250, Madison, WI 53716

TOTAL: 1 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as successor Trustee to Bankers Trust Company of California N.A. as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2002-A, Home Equity Mort bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Julie Frazee Steidl | on behalf of Debtor Patricia L. Coleman julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8