**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| PATRICIA L. COLEMAN | Case No.:20-22260 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/31/2020 and confirmed on 09/15/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,666.00 |
| Less Refunds to Debtor | 1,400.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,266.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,060.00 | |
|     Trustee Fee | 1,718.21 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,778.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 13,307.58 | 0.00 | 13,307.58 |
|     Acct: 4982 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - | 33,906.28 | 11,828.45 | 0.00 | 11,828.45 |
|     Acct: 4982 | | | | |
|   INTERNAL REVENUE SERVICE* | 5,800.00 | 1,917.11 | 255.94 | 2,173.05 |
|     Acct: 9571 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B289 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 288.44 | 82.35 | 29.09 | 111.44 |
|     Acct: B289 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9571 | | | | |
| | | | | 27,420.52 |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICIA L. COLEMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
| PATRICIA L. COLEMAN | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT B MARCUS ESQ PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ESTATE OF ROBERT B MARCUS ESQ | 3,060.00 | 3,060.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 35,013.30 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,067.27 | 0.00 | 2,067.27 |
| Acct: 7276 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |
| | | | | 2,067.27 |
| Unsecured | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4766 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1577 | | | | |
| CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6143 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: X4KB | | | | |
| CMI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4599 | | | | |
| GROUP LANDING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5340 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 220.04 | 0.00 | 0.00 | 0.00 |
| Acct: 9428 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4003 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3001 | | | | |
| NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1255 | | | | |
| NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7148 | | | | |
| UPMC HEALTH SERVICES | 454.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |
| NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5633 | | | | |
| NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0627 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4488 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4253 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0162 | | | | |
| RJM ACQUISITIONS LLC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2206 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 857O | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8225 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6568 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1219 | | | | |

| 20-22260 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 200.19 | 0.00 | 0.00 | 0.00 |
| Acct: 4581 | | | | |
| UNIVERSITY OF PITTSBURGH | 4,384.53 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |
| LVNV FUNDING LLC | 642.48 | 0.00 | 0.00 | 0.00 |
| Acct: 6588 | | | | |
| LVNV FUNDING LLC | 984.82 | 0.00 | 0.00 | 0.00 |
| Acct: 2064 | | | | |
| PYOD LLC | 2,313.39 | 0.00 | 0.00 | 0.00 |
| Acct: 3122 | | | | |
| INTERNAL REVENUE SERVICE* | 49,999.45 | 0.00 | 0.00 | 0.00 |
| Acct: 9572 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 397.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 2,635.09 | 0.00 | 0.00 | 0.00 |
| Acct: 9987 | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9571 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 29,487.79 |

TOTAL CLAIMED
PRIORITY              35,013.30
SECURED              39,994.72
UNSECURED          62.231.37

Date: 11/01/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com